No. 70, October Term, 1959. EASTERN STATES PETROLEUM CORP. *v.* ROGERS, ATTORNEY GENERAL, ET AL., 361 U. S. 7. The motion to recall the judgment and to reinstate the appeal is denied. *Gerard R. Moran* and *Edwin G. Martin* for appellant.

No. 482, Misc. CRAWFORD *v.* BUCHKOE, WARDEN. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 315. POWER REACTOR DEVELOPMENT CO. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO AND MACHINE WORKERS, AFL–CIO, ET AL.; and No. 454. UNITED STATES ET AL. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO AND MACHINE WORKERS, AFL–CIO, ET AL. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted limited to Questions 1 and 2 presented by the petitions for writs of certiorari. *John Lord O'Brian, W. Graham Claytor, Jr.* and *Edward S. Reid, Jr.* for petitioner in No. 315. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander, Courts Oulahan* and *Lionel Kestenbaum* for petitioners in No. 454. *Benjamin C. Sigal, Harold Cranefield* and *Lowell Goerlich* for respondents. Reported below: 108 U. S. App. D. C. 97, 280 F. 2d 645.

No. 392. UNITED STATES *v.* SHIMER. Motion of respondent for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander, Anthony L. Mondello* and *P. G. McElwee* for the United States. *Edward Davis* for respondent. ■■